MARC S. CWIK, ESQ.
Nevada Bar No. 006946
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH:   702.893.3383
FAX: 702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Cheryl.Grames@lewisbrisbois.com
*Attorneys for Defendant*
KENNETH G. FRIZZELL, III

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAW OFFICES OF KENNETH G. FRIZZELL, III, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JANICE E. SMITH, an individual d/b/a THE LAW OFFICE OF JANICE E. SMITH; LLOYD BROOKS COMPTON, an individual; and JOHN DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTER-COMPLAINT AND THIRD-PARTY COMPLAINT | CASE NO. 2:14-cv-1531-GMN-VCF<br><br>(Consolidated with CASE NO. 2:14-cv-1740-GMN-VCF)<br><br>**STIPULATION AND ORDER TO DISMISS THE CONSOLIDATED ACTIONS WITH PREJUDICE** |
| LLOYD BROOKS COMPTON, an individual; GEORGE GATCHIS, an individual and agent of KATINA GATCHIS; KATINA GATCHIS, an individual,<br><br>Plaintiffs,<br><br>v. | |

4831-8875-4217.1

KENNETH G. FRIZZELL, III, an individual; DOES 1 through X, inclusive; and ROE CORPORATIONS 1 through X, inclusive,

        Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between all parties by and through their respective attorneys of record, that the above-captioned matter with each consolidated case may be dismissed in its entirety, WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

DATED this 19th day of October, 2015

LAW OFFICES OF KENNETH G. FRIZZELL, INC.

By /s/ *Kenneth G. Frizzell*
KENNETH G. FRIZZELL, III, ESQ.
Nevada Bar No. 006303
619 South 6th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff/Counterdefendant Law Offices of Kenneth G. Frizzell, III, Inc.*

DATED this 19th day of October, 2015

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ *Cheryl A. Grames*
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant/Third Party Defendant Kenneth G. Frizzell, III, Esq.*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED this 19th day of October, 2015

GREENBERG TRAURIG, LLP

By /s/ *Nancy R. Ayala*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
NANCY R. AYALA, ESQ.
Nevada Bar No. 7146
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
3773 Howard Hughes Parkway,
Suite 400 N
Las Vegas, NV 89169
*Attorneys for Plaintiff/Defendant/
Counterclaimant/Third-Party
Plaintiff Lloyd Brooks Compton*

DATED this 19th day of October, 2015

LAW OFFICES OF JOHN BENEDICT

By /s/ *John Benedict*
JOHN BENEDICT, ESQ.
Nevada Bar No. 005581
BRIAN R. DZIMINSKI, ESQ.
Nevada Bar No. 008436
2190 East Pebble Road, Suite 260
Las Vegas, NV 89123
*Attorneys for Plaintiffs George Gatchis
and Katina Gatchis*

## ORDER

**IT IS SO ORDERED.**

DATED this __20th__ day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court